ZAM: USAO#2014R000344

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WDQ – 14CR0339

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. |
| | * |
| BRIAN P. DAVIS, | * (Distribution of Child Pornography, |
| | * 18 U.S.C. §§ 2252(a)(2) and (b)(1); |
| | * Forfeiture, 18 U.S.C. § 2253) |
| Defendant | * |

******

**INFORMATION**

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JUL 1 5 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**COUNT ONE**
(Distribution of Child Pornography)

The United States Attorney for the District of Maryland charges that:

On or about November 24, 2013, in the District of Maryland, the defendant,

**BRIAN P. DAVIS,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, a file with the following title: "lsg-24-028.jpg."

18 U.S.C. §§ 2252(a)(2) and (b)(1)

## SPECIAL ALLEGATION

The United States Attorney for the District of Maryland further alleges that

Prior to November 24, 2013, the defendant,

**BRIAN P. DAVIS,**

has a prior conviction under the law of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, to wit: on or about July 20, 1998, in the Circuit Court for Baltimore County, Maryland, in Cause No. 03K98001295, **BRIAN P. DAVIS,** was convicted of Sexual Offense in the Second Degree, in violation of Maryland Code, Article 27, Section 464A.

18 U.S.C. § 2252 (b)(1)

## FORFEITURE

As a result of the offense set forth in Count One, the defendant,

**BRIAN P. DAVIS,**

shall forfeit to the United States his interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Count One, including but not limited to: an ASUS Desktop Computer, s/n C9PDCG00026, and any property traceable to such property, or (2) that constitutes or is traceable to gross profits or other proceeds obtained, directly or indirectly.

18 U.S.C. § 2253

_7/15/14_
Date

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY